UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHELLE MCDOUGALD, )
)
              Plaintiff, )
)
  v. ) **JUDGMENT**
)
MARTIN O'MALLEY, ) 5:23-CV-250-BO-RJ
Commissioner of Social Security, )
)
             Defendant. )
)

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the the decision of the Commissioner is therefore REVERSED and the matter is remanded for an award of benefits in accordance with the foregoing.

**This case is closed.**

**This judgment filed and entered on August 26, 2024, and served on:**
Charlotte Hall (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)
Aaron Cook (via CM/ECF NEF)

                                                PETER A. MOORE, JR., CLERK

August 26, 2024

                                                /s/ Lindsay Stouch
                                                By: Deputy Clerk